**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.     3:03-CR-57 |
| | 3:26-CV-501 |
| CRISS DUNCAN | |

**ORDER**

In consideration of the speedy administration of justice and pursuant to N.D. Ind. L.R.

40-1(f)(1), this case is reassigned to Judge Cristal C. Brisco.

**SO ORDERED** on May 12, 2026.

 /s/ HOLLY A. BRADY
CHIEF JUDGE
UNITED STATES DISTRICT COURT